Waitt Construction Company, Inc., v. Amanda Chase.— Motion granted. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

William R. Craig v. William P. Jenks.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

Frank Kindermann and Others v. Olga A. Kindermann, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

William A. Street, as Surviving Trustee, etc., v. Alice Lee Post and Others.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

Miriam Bromberger and Others v. The Sun and News Publishing Company, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of Marc Klaw v. Ziegfeld Follies, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of Marc Klaw v. Ziegfeld Midnight Frolics, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

The Motion Picture Trade Directory Company, Inc., v. Laird H. Wallace and Others.— Motion denied, with ten dollars costs. Present — Clarke, P, J., Laughlin, Page, Merrell and Greenbaum, JJ.

Thomas C. Clarke, an Infant, etc., v. Eighth Avenue Railway Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

United States Plywood Company, Inc., v. Nathan Goldsmith and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

Susquehanna Steamship Company, Inc., v. A. O. Anderson & Company, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

Marcus Eberhart v. The Royal Bank of Canada.— Motion for leave

to appeal denied, with ten dollars costs. Motion for stay granted. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.